# Exhibit B

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

RUPERT RICKARDS,

                              Plaintiff,

        v.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION, LLC, COLUMBIA DEBT
RECOVERY, LLC; and IQ DATA INTERNATIONAL,
INC.,

                             Defendants.

Index No.: C-15-CV-24-000081

Pursuant to 28 U.S.C. § 1446, you are hereby notified that Defendant Trans Union, LLC ("TransUnion") by and through its undersigned attorneys, has on February 16, 2024, filed a Notice of Removal of this action from the Circuit Court for Montgomery County, Maryland to the United States District Court for the District of Maryland.  A true and correct copy of the Notice of Removal (with exhibits) that was filed with the United States District Court for the District of Maryland is attached hereto.

Date:  February 16, 2024

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (MD Fed. Bar No. 20174)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
Tel.:    302-552-4207
Fax:    302-552-4295
Email: geoffrey.grivner@bipc.com
*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or e-mail on the 16th day of February, 2024, properly addressed as follows:

Rupert Rickards
8342 Broderick Circle
Gaithersburg, MD 20877
*Pro Se Plaintiff*

Joy C. Einstein
Drew T. Ricci
**SHULMAN ROGERS**
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
(301) 945-9250
jeinstein@shulmanrogers.com
dricci@shulmanrogers.com
*Counsel for Experian Information Solutions, Inc.*

Susie Youn
**WINGET, SPADAFORA, & SCHWARTZBERG, LLP**
2440 Junction Place, Suite 102
Boulder, CO 80301
(720) 699-1801
youn.s@wssllp.com
*Counsel for IQ Data International, Inc.*

Tony Torain
**POLSINELLI PC**
1401 Eye Street, N.W., Suite 800
Washington, D.C. 20005
(202) 626-8378
twtorain@polsinelli.com
*Counsel for Equifax Information Services, LLC*

Mark T. Case
**COLUMBIA DEBT RECOVERY LLC**
(425) 890-2817
mcase@genesiscred.com
*General Counsel for Columbia Debt Recovery, LLC*

*Geoffrey G. Grivner*
Geoffrey G. Grivner, Esq.
*Counsel for Defendant Trans Union, LLC*