# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUPERT RICKARDS,<br><br>    Plaintiff,<br><br>       v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, LLC;<br>COLUMBIA DEBT RECOVERY, LLC; and<br>IQ DATA INTERNATIONAL, INC.,<br><br>    Defendants. | Case No.: |

## EXPERIAN INFORMATION SOLUTION, INC.S CONSENT TO REMOVAL

Without waiving any of its defense or other rights, Defendant Experian Information Solutions, Inc. acknowledges its consent to removal of this action from the Circuit Court of Maryland for Montgomery County to the United States District Court for the District of Maryland.

Dated: February 13, 2024

Respectfully Submitted,

**SHULMAN ROGERS, P.A.**

/s/ Joy C. Einstein
Joy C. Einstein, Bar No. 19325
Drew T. Ricci, Bar No. 22043
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854-6803
Telephone: (301) 945-9250
Telephone: (301) 945-9270
Facsimile: (301) 230-2891
jeinstein@shulmanrogers.com
dricci@shulmanrogers.com

*Counsel for Defendant Experian Information
Solutions, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RUPERT RICKARDS,<br><br>                              Plaintiff,<br><br>          v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION, LLC, COLUMBIA DEBT<br>RECOVERY, LLC; and IQ DATA<br>INTERNATIONAL, INC.,<br><br>                              Defendants. | Case No.<br><br><br>*Electronically Filed* |

**DEFENDANT IQ DATA INTERNATIONAL, INC.'S**
**<u>CONSENT TO REMOVAL</u>**

Without waiving any of its defenses or other rights, Defendant IQ Data International, Inc. hereby acknowledges its consent to the removal of this action from the Circuit Court for Montgomery County, Maryland to the United States District Court for the District of Maryland.

Dated: February 15, 2024                    Respectfully submitted,

**WINGET, SPADAFORA, &**
**SCHWARTZBERG, LLP**

*/s/ Susie Youn                                    *
Susie Youn
2440 Junction Place, Suite 102
Boulder, CO 80301
(720) 699-1801 (Tel)
(720) 699-1801 (Fax)
Email: youn.s@wssllp.com
*Counsel for Defendant IQ Data International,*
*Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RUPERT RICKARDS,<br><br>                 Plaintiff,<br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION, LLC, COLUMBIA DEBT<br>RECOVERY, LLC; and IQ DATA<br>INTERNATIONAL, INC.,<br><br>                Defendants. | Case No.<br><br>*Electronically Filed* |

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S**
**CONSENT TO REMOVAL**

Without waiving any of its defenses or other rights, Defendant Equifax Information Services, LLC hereby acknowledges its consent to the removal of this action from the Circuit Court for Montgomery County, Maryland to the United States District Court for the District of Maryland.

Dated: February 15, 2024

Respectfully submitted,

**POLSINELLI PC**

*/s/ Tony Torain*
Tony Torain, Esq.
1401 Eye Street, N.W., Suite 800
Washington, D.C. 20005
(202) 626-8378
twtorain@polsinelli.com

*Counsel for Equifax Information Services, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| RUPERT RICKARDS, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC, COLUMBIA DEBT RECOVERY, LLC; and IQ DATA INTERNATIONAL, INC., <br><br> Defendants. | Case No. <br><br> *Electronically Filed* |

**DEFENDANT COLUMBIA DEBT RECOVERY, LLC'S**
**<u>CONSENT TO REMOVAL</u>**

Without waiving any of its defenses or other rights, Defendant Columbia Debt Recovery,

LLC hereby acknowledges its consent to the removal of this action from the Circuit Court for

Montgomery County, Maryland to the United States District Court for the District of Maryland.


Dated: 2/15/24                    Respectfully submitted,


                                 <u>*/s/ Mark T. Case*</u>
                                 Mark T. Case
                                 General Counsel, Columbia Debt Recovery LLC
                                 mcase@genesiscred.com
                                 (425) 890-2817